IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HIGH TECH HAIR LLC, CAPUCINNO PIZZERIA RISTORANTE T/A LaVILLA, and ROSE GLAM HAIR STUDIO, LLC,** individually and on behalf of all others similarly situated,<br>             **Plaintiffs,**<br><br>      v.<br><br>**ERIE INSURANCE EXCHANGE,**<br>             **Defendant.** | Case No.: 2:20-cv-02895-CFK<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION TO EXTEND DEADLINES

Plaintiffs, High Tech Hair LLC, Capucinno Pizzeria Ristorante t/a LaVilla, and Rose Glam Hair Studio, LLC and Defendant, Erie Insurance Exchange, by and through their respective undersigned counsel, hereby **STIPULATE** and **AGREE** as follows:

a. Defendant's answer or other response to Plaintiffs' First Amended Complaint shall be due on or by December 21, 2020; and,

b. Plaintiffs' opposition to any Rule 12 motion filed by Defendant shall be due on or by January 4, 2021.

SALTZ MONGELUZZI & BENDESKY P.C.      TIMONEY KNOX, LLP

BY    /s/ Robert J. Mongeluzzi                    BY    /s/ Robert T. Horst
      ROBERT J. MONGELUZZI                              ROBERT T. HORST
      One Liberty Place, 52nd Floor                     400 Maryland Drive
      1650 Market Street                                Fort Washington, PA 19034
      Philadelphia, PA 19103                            215-646-6000
      215-496-8282                                      215-646-0379 (fax)
      215-496-0999 (fax)                                rhorst@timoneyknox.com
      rmongeluzzi@smbb.com                              *Attorneys for Defendant Erie*
      *Attorneys for Plaintiffs*                        *Insurance Exchange*

Date:   December 4, 2020                         Date:   December 4, 2020

BY THE COURT:

/s/ Chad F. Kenney          12/7/2020
_____
**CHAD F. KENNEY, JUDGE**